AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| HECTOR PABLO-PEREZ | ) | Case No. 2:19-mj- 1036-DNF |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 15, 2019__ in the county of __Charlotte__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry After Deportation. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Roger Mas, Deportation Officer, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/20/2019

_____
Judge's signature

City and state: Fort Myers, Florida

Douglas N. Frazier, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, ROGER MAS, being duly sworn on oath depose and state the following:

1. I have been employed by United States Immigration and Customs Enforcement (ICE) since May of 2009. I currently hold the position of Deportation Officer (DO), which I have held since September of 2015. As a DO, my duties include the apprehension of aliens who are in the United States illegally and the enforcement of the immigration laws, including offenses involving aliens who are believed to have reentered the United States after deportation without authorization from the Attorney General. This affidavit is based upon my personal knowledge, as well as information which has been provided to me by other law enforcement officers.

2. On February 25, 2019, the Charlotte County Sheriff's Office in Charlotte County, Florida arrested Hector Pablo-Perez, for the offenses of operating a motor vehicle without a valid driver's license and reckless driving.

3. On February 26, 2019, the Interoperability Response Center (IRC) at the Miami Field Office located Hector Pablo-Perez at the Charlotte County Jail, located in Punta Gorda, Florida. On March 15, 2019, Deportation Officer (DO) Orlando Reyes encountered Pablo-Perez at the Charlotte County Jail and placed the subject under administrative arrest for Illegal Reentry into the United States. Through a field interview, DO Reyes was able to establish that Pablo-Perez was

1

the same subject who had been previously removed from the United States. Pablo-Perez's biographical information was consistent with previously-known information from law enforcement databases. As per ICE arrest procedure, Pablo-Perez's fingerprints were rolled, scanned, and electronically submitted into the Federal Bureau of Investigations' Next Generation Identification (NGI). Pablo-Perez's fingerprints were also processed through the Department of Homeland Security's Automated Biometric Identification System (IDENT), which resulted in his fingerprints matching a record of a previously deported alien under Alien File 205-260-984.

4. On March 15, 2019, DO Reyes read Pablo-Perez his *Miranda* warnings, and Pablo-Perez declined to give a sworn statement.

5. A search of the ICE computer databases revealed that alien number 205-260-984 was assigned to Hector Pablo-Perez, both a citizen of Guatemala and citizen and native of Mexico born in December of 1992. I subsequently reviewed all requested documents contained in the Alien File pertaining to A205-260-984. Contained in the documents was an Expedited Removal Order issued on April 1, 2012. This order was issued based upon the charges on the Notice and Order of Expedited Removal (I-860) pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act, as amended. On April 1, 2012, the subject provided a sworn statement to Border Patrol Agent Rene J. Delgado and admitted

2

to being a citizen and national of Mexico. Therefore, the Expedited Removal Order issued on April 1, 2012 indicated the subject was a citizen and national of Mexico.

6. Also contained in the Alien File were two separate Notices to Alien Ordered Removed/Departure Verification (I-296) executed on April 2, 2012 and April 17, 2012. The Notices to Alien Ordered Removed/Departure Verification (I-296) contained a photograph and fingerprint of the subject, as well as the location of the subject's removal/deportation from the United States. Additionally, the Alien File also contained two separate Warrants of Removal/Deportation (I-205) executed on September 2, 2014 and September 5, 2014. Both executed Warrants of Removal/Deportation contained a photograph and fingerprint of the subject, as well as the location of the subject's removal/deportation from the United States. The most recently executed Warrant of Removal/Deportation revealed that Pablo-Perez was deported on September 5, 2014, from Hidalgo, Texas.

7. Additionally, on March 15, 2019, the date of the subject's encounter and administrative arrest, the subject was in possession of a valid Guatemalan passport which contained the name and photo of the subject. The Guatemalan passport was issued in November of 2015 and in November of 2017. The Guatemalan passport also indicated the subject's place of birth as Quintana Roo, Mexico.

8. Subsequent to his last deportation on September 5, 2014, Pablo-Perez reentered the United States on an unknown date, at an unknown location without being admitted or paroled after inspection by an immigration officer at a designated port of entry and without permission by the Department of Homeland Security.

9. On March 19, 2019, a Fingerprint Specialist with U.S. Immigration and Customs Enforcement, Homeland Security Investigations examined the fingerprints contained on the Notices to Alien Ordered Removed/Departure Verification dated April 2, 2012 and April 17, 2012, the Warrants of Removal/Deportation dated September 2, 2014 and September 5, 2014, and compared them to the fingerprints that were rolled and taken of an individual believed to be Hector Pablo-Perez by Deportation Officer Orlando Reyes on March 15, 2019. The Fingerprint Specialist determined that the fingerprints were made by the same individual, Hector Pablo-Perez.

10. A search of ICE databases revealed that Hector Pablo-Perez had never received permission to reenter the United States from the United States Attorney General or the Secretary for Homeland Security, subsequent to his last deportation on September 5, 2014.

11. Based on the above information, I have concluded that, to the best of my knowledge and belief, there is probable cause to believe that, the Defendant, Hector Pablo-Perez, is presently in the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Roger Mas, Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn and subscribed to me this 20th day of March 2019, in Fort Myers, Florida.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

5